# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**PAMELA MCMILLIAN**                                                                       **PLAINTIFF**

**VS.**                                       **CAUSE NO. 1:16CV40-SA-DAS**

**COMMUNITY HOSPICE, INC. AND**
**HALCYON HEALTHCARE, LLC**                                           **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised that this matter has been resolved, it is accordingly ORDERED that this action is dismissed with prejudice with all parties to pay their own costs, including attorney's fees.

**SO ORDERED**, this the 8th day of November, 2016.

                                                                         **/s/ Sharion Aycock**
                                                                         **U.S. DISTRICT JUDGE**

**AGREED:**

/s R. Shane McLaughlin
*Attorneys for Plaintiff*


/s Leslie A. Dent
*Attorney for Defendants*